# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:19-cv-00083-MR

| | |
|---|---|
| CURTIS LUTHER DALTON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MARTY LILES, et al., | ) **ORDER** |
| Defendants. | ) |

**THIS MATTER** is before the Court on *pro se* Plaintiff's Motion for a Free Copy of the Local Rules [Doc. 61].

The incarcerated Plaintiff asks the Court to provide him with a free hard copy of this Court's local rules. The Plaintiff claims that he has no access to the internet and, therefore, cannot avail himself of the Court's website. The Plaintiff argues that he requested a copy of the local rules from North Carolina Prisoner Legal Services but, in his experience, NCPLS will not provide assistance without a court order to do so. Defendants Toney, Best, Vargas and Miller do not oppose the Plaintiff's Motion. [Doc. 62].

The Plaintiff's request for a copy of this Court's local rules will be granted as a courtesy.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for a Free Copy of the Local Rules [Doc. 61] is **GRANTED**.

The Clerk is instructed to mail a copy of the Court's local rules to the Plaintiff as a courtesy.

**IT IS SO ORDERED.**

Signed: January 19, 2021

Martin Reidinger
Chief United States District Judge

2

Case 5:19-cv-00083-MR   Document 63   Filed 01/19/21   Page 2 of 2